UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JAN 1 0 2020

Clerk, US District Court
District of Montana - Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICHOLAS JOHN MONTANO,

Defendant.

CR-18-123-BLG-SPW

ORDER

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for

the jurors in the above entitled case.

DATED 10th day of February, 2020.

Honorable Susan P. Watters
United States District Judge