IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JOHN MONTANO,<br><br>Defendant. | CR 18-123-BLG-SPW<br><br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting a juror's personal privacy,

IT IS HEREBY ORDERED that the name of the juror in the Volume III of III transcript at page 351, line 15 and page 404, line 21 shall be redacted from the trial transcript in this matter.

DATED this 14th day of July, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1