IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
AUG 0 7 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JOHN MONTANO,<br><br>Defendant. | CR 18-123-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Second Unopposed Motion for Continuance of Sentencing and for Extension of all Deadlines (Doc. 142) for the reason that Defendant has filed a motion for a new trial (Doc. 140),

**IT IS HEREBY ORDERED** that the sentencing hearing and the forfeiture hearing currently scheduled for August 26, 2020 at 10:30 a.m., are **VACATED** and will be reset pending the Court's ruling on Defendant's Motion for a New Trial (Doc. 140).

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 7th day of August, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1