IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS JOHN MONTANO,<br><br>Defendant. | CR 18-123-BLG-SPW-1<br><br>FORFEITURE VERDICT<br>AND ORDER |

The Criminal Forfeiture, 21 USC §§853(a)(1) and (2), having been tried to the Court:

The Court finds by a preponderance of the evidence that the property described as a sum of money equal to $4,720.00 in United States currency was **NOT** property constituting or derived from any proceeds the defendant obtained, either directly or indirectly, as a result of the offenses set out in the indictment.

**IT IS HEREBY ORDERED** that the sum of $3,920.00 be returned to the defendant, Nicolas John Montano. The remaining $800.00 shall be returned to Trystan White or as otherwise provided by law.

DATED this 6th day of May, 2021.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1