IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>vs.<br><br>NICHOLAS JOHN MONTANO,<br><br>Defendant/Movant. | CR 18–123–BLG–SPW<br><br><br>ORDER |

Following a three-day jury trial in February 2020, Defendant Nicholas John Montano was convicted of conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846 and possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). (Doc. 105.) On April 13, 2026, Montano's motion for federal habeas relief under 28 U.S.C. § 2255 was denied, and a certificate of appealability was granted. (Doc. 225.) Montano argued that his trial counsel provided ineffective assistance in violation of *Strickland v. Washington*, 466 U.S. 668 (1984), and that two of the government's law enforcement witnesses gave false testimony at trial in violation of *Napue v. Illinois*, 360 U.S. 264 (1959). (*See* Doc. 208.) The government now seeks an order clarifying that the certificate appealability only extends to Montano's

*Strickland* claims. (Doc. 227.) Because Montano's habeas motion was premised on interrelated and cumulative constitutional issues,

IT IS ORDERED that the motion (Doc. 227) is DENIED. The certificate of appealability extends to both Montano's *Strickland* and *Napue* claims.

DATED this 20ᵗʰ day of April, 2026.

Susan P. Watters, District Judge
United States District Court

2